834

No. 65, Misc. SANNER v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 66, Misc. EPPLE v. DUFFY, WARDEN. Supreme Court of California. Certiorari denied.

No. 68, Misc. BROWN v. SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *Douglas McKay* for petitioner.

No. 69, Misc. MURRAY v. RAGEN, WARDEN. Circuit Court of McLean County, Illinois. Certiorari denied.

No. 71, Misc. DeVITO ET AL. v. NEW JERSEY. Court of Errors and Appeals of New Jersey. Certiorari denied.

No. 74, Misc. FLANNIGAN v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 75, Misc. WASHINGTON v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 76, Misc. JURCZYSZYN v. MICHIGAN PAROLE BOARD. Supreme Court of Michigan. Certiorari denied.

No. 77, Misc. SHELTON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 81, Misc. PIERCE v. SMITH, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.